District Judge Barbara J. Rothstein

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>Plaintiffs,<br><br>v.<br><br>The UNITED STATES DEPARTMENT OF THE NAVY, an agency within the United States Department of Defense; MARK T. ESPER, in his official capacity as Acting United States Secretary of Defense; RICHARD V. SPENCER, in his official capacity as Secretary of the Navy; TODD C. MELLON, in his official capacity as Acting Assistant Secretary of the Navy, Energy, Installations & Environment; and CAPTAIN MATTHEW L. ARNY, in his official capacity as Commanding Officer of Naval Air Station Whidbey Island,<br><br>Defendants, | No. 2:19-cv-01059-BJR<br><br>**STIPULATED MOTION FOR AN ENLARGEMENT OF TIME TO FILE A RESPONSE TO THE COMPLAINT AND LODGE THE ADMINISTRATIVE RECORD** |

Defendants United States Department of the Navy and Mark T. Esper, in his official capacity, Richard V. Spencer, in his official capacity, Todd C. Mellon, in his official capacity, and Matthew L. Arny, in his official capacity (collectively, the "***Federal Defendants***"), move pursuant to Federal Rule of Civil Procedure 6(b) and Local Civil Rules 7(j) and 79(h) for an enlargement of time of thirty (30) days to respond to the complaint filed by plaintiff State of

Washington (the "***Plaintiff***"), and an extension of the deadline to lodge the administrative record to a date not yet set but to be agreed upon by the parties. This requested enlargement of time would extend the current deadline to answer Plaintiff's complaint from Monday, September 16, 2019, to Wednesday, October 16, 2019. Federal Defendants propose that the parties submit to the Court a mutually agreeable, reasonable schedule for lodging the record, supplementing the record if needed, and for any briefing related thereto (if needed), on or before October 16, 2019. The Plaintiff has stipulated to this Motion.[1]

Under Rule 6 of the Federal Rules of Civil Procedure, the Court may, for good cause, extend a party's deadline to perform a required action. Fed. R. Civ. P. 6(b); *see also* LcvR 79(h) (allowing for an extension of the deadline to lodge the record of the agency with the Court "on a showing of good cause"). Here good cause exists for an enlargement of time because the Federal Defendants represent that they cannot reasonably respond to the allegations in the complaint or compile a complete administrative record within the allotted time. Plaintiff's complaint involves complex subject matter, asserting that the Federal Defendants violated National Environmental Policy Act and the National Historic Preservation Act. Those allegations involve actions and events related to United States Navy's Record of Decision (the "***ROD***"), signed on March 12, 2019, and the associated Final Environmental Impact Statement published on September 28, 2018 (the "***EIS***"). The EIS at issue took years to complete and the associated administrative record will likely contain thousands of pages. Documents must be collected from various custodians at the Navy, and in many cases must be converted from a propriety file type to a

---

[1] It should be noted that the parties in this action have stipulated to consolidating this action with a similar action filed by Citizens of the Ebey's Reserve for a Health, Safe & Peaceful Environment and Paula Spina. *See Citizens of the Ebey's Reserve for a Healthy, Safe & Peaceful Environment, et al. v. United States Department of the Navy, et al.*, Case No. 2:19-cv-01062. An identical extension is being sought in that action.

readable file type, then reviewed for privilege and completeness before being filed. In addition, the parties intend to engage in early informal settlement discussions. The requested extension will provide additional time for the parties to prepare for and engage in these discussions while conserving the parties' and the Court's resources.

In light of the above facts, and for good cause shown, the Federal Defendants respectfully request that this Court grant their Motion for an Enlargement of Time to File a Response to the Complaint and Lodge the Administrative Record.

Respectfully submitted this 13th day of September, 2019.

LAWRENCE VANDYKE
Deputy Assistant Attorney General

By: /s/ *Brigman L. Harman*
Brigman L. Harman
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
150 M Street, NE
Washington, D.C. 20002
Tel: (202) 616-4119
Fax: (202) 305-0506
Email: Brigman.Harman@usdoj.gov

Joshua Wilson
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
150 M Street, NE
Washington, D.C. 20002
Tel: (202) 305-0482
Fax: (202) 305-0506
Email: Joshua.Wilson@usdoj.gov
*Counsel of Record for the Federal Defendants*

ROBERT W. FERGUSON
Attorney General of Washington

By: /s/ Aurora Janke (*with permission*)
William Sherman, WSBA #29365
Assistant Attorney General
Aurora Janke, WSBA #45862
Special Assistant Attorney General
Washington Attorney General's Office
Counsel for Environmental Protection
800 5th Ave Ste. 2000 TB-14
Seattle, Washington 98104-3188
Tel: (206) 233-3391
Email: Bill.Sherman@atg.wa.gov
Aurora.Janke@atg.wa.gov
*Counsel of Record for the State of Washington*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2019, I served a copy of the foregoing on counsel of record electronically through the court's CM/ECF system.

By: /s/ *Brigman L. Harman*
Brigman L. Harman
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
150 M Street, NE
Washington, D.C. 20002
Tel: (202) 616-4119
Fax: (202) 305-0506
Email: Brigman.Harman@usdoj.gov