Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES DEPARTMENT OF THE NAVY, *et al.*,<br><br>Defendants. | No. 2:19-cv-1059-RAJ<br><br>MINUTE ORDER CONSOLIDATING CASES |
| CITIZENS OF THE EBEY'S RESERVE FOR A HEALTHY, SAFE & PEACEFUL ENVIRONMENT, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE NAVY, *et al.*,<br><br>Defendants. | No. 2:19-cv-1062-RAJ-JRC |

The Clerk issues the following minute order by the authority of the Honorable Richard A. Jones, United States District Court Judge.

THIS MATTER has come before the Court on the parties' Stipulated Motions for Consolidation pursuant to Fed. R. Civ. P. 42(a), (Dkt. ##13 and 12), and the Court having reviewed the stipulated motions, and for good cause shown, IT IS ORDERED that:

1. The stipulated motions to consolidate are GRANTED;

MINUTE ORDER - 1

2. The following cases shall be consolidated for all purposes, including trial: *State of Washington v. The United States Department of the Navy, et al.*, Case No. 2:19-cv-1059-RAJ, and *Citizens of the Ebey's Reserve for a Healthy, Safe & Peaceful Environment, et al. v. United States Department of the Navy, et al.*, No. 2:19-cv-1062-RAJ-JRC.

3. All further documents in the consolidated action shall be filed in the matter of *State of Washington v. The United States Department of the Navy, et al.*, Case No. 2:19-cv-1059-RAJ, and bear this cause number.

4. It appearing from the files and records herein that this is an appropriate matter to refer to a full−time United States Magistrate Judge for the purposes set forth pursuant to Local Rule MJR 6 and General Order 02−19. Accordingly, the consolidated action of *State of Washington v. The United States Department of the Navy, et al.*, Case No. 2:19-cv-1059-RAJ shall be referred to the Honorable J. Richard Creatura, who is directed and empowered to conduct hearings and make any further necessary orders consistent with the Local Rules and the instructions of the District Judge to whom the case is assigned.

DATED this 22nd day of October, 2019.

WILLIAM M. McCOOL,
Clerk of the Court

 */s/ Victoria Ericksen*
Deputy Clerk

MINUTE ORDER - 2