1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT
                        WESTERN DISTRICT OF WASHINGTON
9                                 AT TACOMA

10    STATE OF WASHINGTON, *et al.*,

11                        Plaintiffs,              CASE NO. 2:19-cv-01059-RAJ-JRC

12          v.                                     ORDER GRANTING MOTION
                                                   FOR LEAVE TO FILE
13    UNITED STATES DEPARTMENT OF                  ADMINISTRATIVE RECORD
      THE NAVY, *et al.*,                          OUTSIDE OF CM/ECF
14
                          Defendants.
15

16          This matter is before the Court on defendants' unopposed motion for leave to lodge the

17    administrative record ("AR") in this matter outside CM/ECF. *See* Dkt. 24, at 1.  Defendants

18    request that they be allowed to file the AR—more than 180,000 pages—in electronic format

19    (including a hyperlinked index), instead of on CM/ECF, and that they file only the certifications

20    and indices to the AR through CM/ECF. *See* Dkt. 24.

21          Upon consideration, the undersigned finds good cause to grant the request and will allow

22    defendants to file the AR as requested, subject to the following limitations.  First, as outlined in

23    defendants' request, copies of the AR itself must be provided to plaintiffs' counsel. *See* Dkt. 24-

24

ORDER GRANTING MOTION FOR LEAVE TO FILE
ADMINISTRATIVE RECORD OUTSIDE OF CM/ECF
- 1

1, at 1.  Second, the Court reserves the right to modify this Order if the Court is unable to access

the electronic copy of the AR that defendants provide.  Third, defendants must still comply with

the Court's prior order that they file one (1) combined Administrative Record in this matter.  *See*

Dkt. 22, at 1.  To the extent possible, the AR should not include duplicate records.  Fourth, all

parties shall ensure that citations to the AR are specific, pinpoint citations and that the Court

need not hunt through the record to find pages cited by the parties.

      Dated this 23rd day of January, 2020.

J. Richard Creatura
United States Magistrate Judge