UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF THE NAVY, *et al.*,<br><br>　　　　　　Defendants. | CASE NO. 2:19-cv-01059-RAJ-JRC<br><br>ORDER GRANTING STIPULATED MOTION FOR AN EXTENSION OF TIME TO FILE THE ADMINISTRATIVE RECORD |

This matter is before the Court on the parties' stipulated motion for an extension of time in which to file the Administrative Record ("AR") in this matter. *See* Dkt. 26, at 1. The parties explain that they have met and conferred and seek additional time to review the AR in order to avoid seeking court involvement in any disputes regarding the AR's completeness or sufficiency. *See* Dkt. 26, at 1. Therefore, and finding good cause to grant an extension, the undersigned grants the parties' motion. *See* Dkt. 26. The AR is due on or before **February 14, 2020.**

Dated this 31st day of January, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ J. Richard Creatura
　　　　　　　　　　　　　　　　　　　　　　　　　　J. Richard Creatura
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER GRANTING STIPULATED MOTION FOR AN
EXTENSION OF TIME TO FILE THE
ADMINISTRATIVE RECORD - 1