UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

STATE OF WASHINGTON, *et al.,*

    Plaintiffs,

v.

UNITED STATES DEPARTMENT OF
THE NAVY, *et al.*,

    Defendants.

CASE NO. 2:19-cv-01059-RAJ-JRC

ORDER RENOTING MOTION FOR
PRELIMINARY INJUNCTION

    This matter is before the Court on defendants' request for an extension of time in which to respond to certain plaintiffs' motion for a preliminary injunction. *See* Dkt. 47.

    Plaintiffs Citizens of the Ebey's Reserve for a Healthy, Safe, and Peaceful Environment and Paula Spina have moved for a preliminary injunction prohibiting implementation of increased Navy operations until this litigation is resolved. *See* Dkt. 29. The matter is currently noted for the Court's consideration on March 6, 2020, so that defendants' response is due March 2, 2020. *See* Dkt. 29. Defendants request an extension of the response deadline to March 16, 2020, on the basis that they have "several dispositive motions due and hearings on dispositive

1 | motions scheduled" in the interim.  *See* Dkt. 47, at 2.  The parties have conferred, and none of
2 | the plaintiffs oppose defendants' request.  *See* Dkt. 47, at 2.
3 |       Having considered defendants' motion and that plaintiffs have no opposition, the Court
4 | finds good cause to grant the extension.  The motion for preliminary injunction (Dkt. 29) is re-
5 | noted to March 20, 2020, and defendants' response is due on or before March 16, 2020.
6 |       Dated this 24th day of February, 2020.

_____

J. Richard Creatura
United States Magistrate Judge