UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE NAVY, *et al.*, <br><br> Defendants. | CASE NO. 2:19-cv-01059-RAJ-JRC <br><br> ORDER GRANTING EXTENSION |

This matter is before the Court on plaintiffs' motion for leave to file their reply to the preliminary injunction (Dkt. 29) on March 27, 2020. Dkt. 57. Having considered plaintiffs' motion and that defendants have no opposition, and finding good cause thereof, the Court grants the request and will accept plaintiff's reply (Dkt. 59) as timely filed.

Dated this 31st day of March, 2020.

*[signature]*

J. Richard Creatura
United States Magistrate Judge

ORDER GRANTING EXTENSION - 1