|   |   |
|---|---|
| UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT TACOMA | |

STATE OF WASHINGTON, *et al.*,

        Plaintiffs,

   v.

UNITED STATES DEPARTMENT OF THE NAVY, *et al.*,

        Defendants.

CASE NO. 2:19-cv-01059-RAJ-JRC

ORDER VACATING SCHEDULING ORDER AND ENTERING NEW DEADLINES

    This matter is before the Court on plaintiff State of Washington's unopposed motion regarding the summary judgment briefing schedule in this matter. *See* Dkt. 68. Plaintiff requests that the summary judgment briefing schedule currently in force be vacated and that summary judgment briefing not be due until at least four weeks after the Court's ruling on the pending motion for preliminary injunction. *See* Dkt. 29.

    Having considered plaintiffs' motion and that defendants have no opposition, and finding good cause thereof, the Court grants the request and vacates the prior scheduling order in this matter. *See* Dkt. 66. The parties shall comply with the following schedule:

1  (1) Plaintiffs' motions for summary judgment on all claims are due four weeks after this Court issues a dispositive order on COER's Motion for Preliminary Injunction, Dkt. 29.

  (2) Defendants' cross motions for summary judgment and their briefs in opposition to plaintiffs' motions for summary judgment on all claims are due six weeks after the deadline for plaintiffs' motions for summary judgment;

  (3) Plaintiffs' oppositions to defendants' cross-motions and their replies in support of their own motions are due six weeks after the deadline for defendants' cross motions for summary judgment and briefs in opposition;

  (4) Defendants' replies in support of their own motions are due six weeks after the deadline for plaintiffs' oppositions and shall be directed toward arguments raised in plaintiffs' oppositions to Defendants' cross-motions.

  Dated this 1st day of June, 2020.

_____
J. Richard Creatura
United States Magistrate Judge