UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE NAVY, *et al.*, <br><br> Defendants. | CASE NO. 19-1059-RAJ-JRC <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, the objection and response thereto and the remaining record, does hereby find and ORDER:

(1)  The Report and Recommendation is approved and adopted (Dkt. # 72);

(2)  Plaintiffs' motion for preliminary injunction (Dkt. # 29) is denied;

(3)  Plaintiffs' motion for leave to supplement the preliminary injunction motion record (Dkt. # 76) is denied;

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1

(4)     The Clerk shall transmit copies of this Order to Judge Creatura and to the parties.

Dated this 2nd day of March, 2021.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2