# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

STATE OF WASHINGTON, *et al.*,

    Plaintiffs,

v.

UNITED STATES DEPARTMENT OF THE NAVY, *et al.*,

    Defendants.

CASE NO. 2:19-cv-01059-RAJ-JRC

ORDER GRANTING STIPULATED MOTION FOR OVERLENGTH BRIEFING

This matter is before the Court on the parties' stipulated motion to file over-length summary judgment briefs. Dkt. 83. The Court finds good cause and grants the motion. Plaintiffs' summary judgment motions shall not exceed 34 pages. At their election, the Federal defendants may file a single omnibus cross motion for summary judgment and brief in opposition to plaintiffs' motions for summary judgment, not to exceed 65 pages.

Dated this 25th day of March, 2021.

*[signature]*

J. Richard Creatura
Chief United States Magistrate Judge