The Honorable Richard A. Jones

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE NAVY, et al.,<br><br>Defendants. | NO. 2:19-cv-01059-RAJ<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS CITIZEN'S OF EBEY'S RESERVE AND PAULA SPINA'S MOTION FOR SUMMARY JUDGMENT |

The non-governmental plaintiffs Citizens of the Ebey's Reserve for Healthy, Safe and Peaceful Environment and Paula Spina (collectively herein, "COER") have moved for summary judgment. The Court has considered the memoranda of law and declarations filed by COER, the State of Washington, and the Navy (Dkt. Nos. _______). For the reasons set forth in more detail in the Court's Memorandum Decision accompanying this Order, the Court finds that COER has met its burden of proof and that summary judgment should be granted in COER's favor.

NOW, THEREFORE, the Court hereby orders that the summary judgment motion filed by Plaintiffs COER and Paula Spina be GRANTED. The Court further orders the parties to confer upon a schedule for briefing the appropriate relief in light of this Order. The parties are directed to file with



**Bricklin & Newman, LLP**
Attorneys at Law
1424 Fourth Avenue, Suite 500
Seattle WA 98101
Tel. (206) 264-8600
Fax. (206) 264-9300

the Court, no later than ___________, 2021, a joint proposed schedule for further briefing on the appropriate remedy in this case.

Dated this ____ day of ________, 2021.

______________________________________
THE HONORABLE RICHARD A. JONES
UNITED STATES DISTRICT JUDGE

Presented by:

BRICKLIN & NEWMAN, LLP

By: *s/David A. Bricklin*
*s/Zachary K. Griefen*
David A. Bricklin, WSBA No. 7583
Zachary K. Griefen, WSBA No. 48608
1424 Fourth Avenue, Suite 500
Seattle, WA 98101
Telephone: 206-264-8600
Facsimile: 206-264-9300
E-mail: bricklin@bnd-law.com
E-mail: griefen@bnd-law.com

*Attorneys for Citizens of Ebey's Reserve and Paula Spina*



**Bricklin & Newman, LLP**
Attorneys at Law
1424 Fourth Avenue, Suite 500
Seattle WA 98101
Tel. (206) 264-8600
Fax. (206) 264-9300