The Honorable Richard A. Jones
The Honorable J. Richard Creatura

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO.  2:19-cv-01059-RAJ-JRC |
| Plaintiffs, | **STIPULATED MOTION REGARDING BRIEFING SCHEDULE ON REMEDY** |
| v. | |
| UNITED STATES DEPARTMENT OF THE NAVY, et al., | NOTE ON MOTION CALENDAR: September 28, 2022 |
| Defendants. | |

Pursuant to the Court's August 2, 2022 Order Adopting Report and Recommendation, Dkt. 119, Plaintiff the State of Washington, Plaintiffs Citizens of the Ebey's Reserve for a Healthy, Safe and Peaceful Environment (COER) and Paula Spina, and Federal Defendants have met and conferred and jointly submit the following stipulated briefing schedule on remedy in this matter:

- Plaintiffs' opening briefs on remedy are due on or before **October 21, 2022**.
- Defendants' response brief on remedy is due on or before **November 22, 2022**.
- Plaintiffs' reply briefs on remedy are due on or before **December 9, 2022**.

DATED this 28th day of September, 2022.

STIPULATED MOTION REGARDING
BRIEFING SCHEDULE ON REMEDY
NO.  2:19-CV-01059.-RAJ-JRC

1

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

ROBERT W. FERGUSON
Attorney General of Washington

s/ Aurora Janke
s/ Junine So
s/ William Sherman
Aurora Janke, WSBA #45862
Junine So, WSBA #58779
William Sherman, WSBA #29365
Assistant Attorneys General
Washington Attorney General's Office
Environmental Protection Division
800 5th Avenue Ste. 2000 TB-14
Seattle, WA 98104-3188
(206) 233-3391
Aurora.Janke@atg.wa.gov
Junine.So@atg.wa.gov
Bill.Sherman@atg.wa.gov

*Attorneys for State of Washington*

TODD KIM
Assistant Attorney General

 s/ Brigman L. Harman  (with permission)
BRIGMAN L. HARMAN
KRYSTAL-ROSE PEREZ
GREGORY M. CUMMING
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
150 M Street, NE
Washington, D.C. 20002
Tel: (202) 616-4119 (Harman)
      (202) 305-0486 (Perez)
      (202) 598-0414 (Cumming)
Fax: (202) 305-0506
Email: Brigman.Harman@usdoj.gov
          Krystal-Rose.Perez@usdoj.gov
          Gregory.Cumming@usdoj.gov


COBY HOWELL, Senior Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
1000 S.W. Third Avenue

STIPULATED MOTION REGARDING
BRIEFING SCHEDULE ON REMEDY
NO.  2:19-CV-01059.-RAJ-JRC

2

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

Portland, OR 97204
Phone: (503) 727-1023
Fax: (503) 727-1117
Email: coby.howell@usdoj.gov

*Attorneys for Federal Defendants*

BRICKLIN & NEWMAN, LLP

 s/  David A. Bricklin (with permission)
David A. Bricklin, WSBA No. 7583
Zachary K. Griefen, WSBA No. 48608
1424 Fourth Avenue, Suite 500
Seattle, WA 98101
Tel:  (206) 264-8600
Fax: (206) 264-9300
Email:  bricklin@bnd-law.com
           griefen@bnd-law.com

*Attorneys for Citizens of Ebey's Reserve and Paula Spina*

STIPULATED MOTION REGARDING
BRIEFING SCHEDULE ON REMEDY
NO.  2:19-CV-01059.-RAJ-JRC

3

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

**CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2022, I served a copy of the foregoing on counsel of record electronically through the court's CM/ECF system.

By:   *s/ Sydney Stern*
Sydney Stern
Legal Assistant

STIPULATED MOTION REGARDING
BRIEFING SCHEDULE ON REMEDY
NO.  2:19-CV-01059.-RAJ-JRC

4

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744