HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STATE OF WASHINGTON

    Plaintiff,

    v.

UNITED STATES DEPARTMENT OF THE NAVY, *et al.*,

    Defendants.

Case No. 19-cv-1059-RAJ

**ORDER**

This matter comes before the Court on Defendant's motion for reconsideration. Dkt. # 151.

The defendants seek reconsideration of the portion of the Court's Order granting in part Plaintiffs' motion for reconsideration. Dkt. # 151. The plaintiff should be afforded an opportunity to respond:

> (3) Response. No response to a motion for reconsideration shall be filed unless requested by the court. No motion for reconsideration will be granted without such a request. The request will set a time when the response is due, and may limit briefing to particular issues or points raised by the motion, may authorize a reply, and may prescribe page limitations.

Local Rule CR 7(h)(3).

ORDER – 1

Accordingly, the plaintiffs' response is due January 16, 2024 and limited to 10 pages. The motion (Dkt. 151) is re-noted for January 19, 2024.

DATED this 9th day of January, 2024.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER – 2