HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STATE OF WASHINGTON

    Plaintiff,

  v.

UNITED STATES DEPARTMENT OF THE NAVY, *et al.*,

    Defendants.

Case No. 19-cv-1059-RAJ

**ORDER**

THIS MATTER is before the Court upon Federal Defendants Motion for Reconsideration ("Motion"). Having considered the Motion, any responses, and finding good cause therefore, the Court hereby **GRANTS** Federal Defendants' Motion. This Court's October 19, 2023, Order Granting in Part and Denying Motions for Reconsideration, ECF No. 150, is hereby held in abeyance pending the Court's receipt of Federal Defendants' response to Plaintiffs' motions for reconsideration (Dkt. ## 142, 144). The Court will amend its Reconsideration Order, if necessary, after briefing concludes.

ORDER – 1

Federal Defendants shall file their response within 14 days of this order. Plaintiffs shall file any reply within 21 days of this order.

DATED this 31st day of January, 2024.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER – 2